# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-09-00559-CR

**Justin Deal Collingwood, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 62565, HONORABLE PHILLIP ZEIGLER, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's brief was due February 10, 2010. The brief has not been received and appellant's appointed attorney, Jeffrey D. Parker, did not respond to the Court's notice that the brief is overdue.

The appeal is abated. The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal and, if so, whether the attorney it appointed to represent appellant has abandoned the appeal. Tex. R. App. P. 38.8(b)(2). The court shall make appropriate findings and recommendations. If necessary, the court shall appoint substitute counsel who will effectively represent appellant in this cause. A record from this hearing, including copies of all

findings and orders and a transcription of the court reporter's notes, shall be forwarded to the Clerk of this Court for filing as a supplemental record no later than May 14, 2010.  Rule 38.8(b)(3).

Before Justices Patterson, Puryear and Henson

Abated

Filed:   April 15, 2010

Do Not Publish